AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
APR - 8 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:22mj 84 |
| **PATRICK TATE ADAMIAK** | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between October 2021 through April 2022,</u> in the city of <u>Virginia Beach</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

*Code Section(s)*               *Offense Description(s)*

Count One:
26 U.S.C. § 5681            Possesses and receive a machinegun not registered to him in the National Firearms Registration and Transfer Record; and

18 U.S.C. §922(o)           Possess and transfer a post-ban machine gun and possess with intent to transfer a post-ban machinegun.

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

William D. Muhr
Assistant United States Attorney

☒ Continued on the attached sheet.

*Complainant's signature*

William Hairston, Jr., Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 8, 2022

*Judge's signature*

United States Magistrate Judge Lawrence R. Leonard
*Printed name and title*

City and state:     Norfolk, VA