**INITIAL APPEARANCE MINUTES:**

| | | | |
|---|---|---|---|
| Time set: | 2:30 | Date: | 4/8/22 |
| Start Time: | 2:32 - 2:35 | Presiding Judge: | Douglas E. Miller, USMJ |
| End Time: | 2:41 - 2:44 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | FTR |
| Split Time | ( ) | U.S. Attorney: | Bill Muhr |
| | | Defense Counsel: | |
| | | ( ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |

Case Number: 2:22mj84
USA v. Patrick Tate Adamiak

( X ) Deft. Present ( X ) custody ( ) not in custody
( X ) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( X ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
( X ) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court ( ) Directed ( X) Denied appointment of counsel
( ) _____, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) (X) Preliminary ( ) Removal Hearing set for 4-13-22 at 2:00 before DEM U.S. Magistrate Judge in Mag 2.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted DEM ( ) Denied
(X) Detention Hearing scheduled for 4-13-22 at 2:00 before DEM
( ) Detention Hearing ( ) Held ( ) Waived in _____
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
(X) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
( ) _____
( ) _____