AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:22-MJ-84 |
| PATRICK TATE ADAMIAK | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick Tate Adamiak,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. § 5681 – Possess and receive a machinegun not registered to him in the National Firearms Registration and Transfer Record; and

18 U.S.C. § 922(o) – Possess and transfer a post-ban machinegun and Possess with Intent to transfer a post-ban machinegun.

FILED IN OPEN COURT
APR 8 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: 04/08/2022

*Issuing officer's signature*

Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*

City and state: Norfolk, VA

William Hairston, Jr. ATF Special Agent

### Return

This warrant was received on *(date)* 04/08/2022, and the person was arrested on *(date)* 04/08/2022
at *(city and state)* Norfolk, VA.

Date: 04/08/2022

*Arresting officer's signature*

William Hairston Special Agent
*Printed name and title*